# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 165

Abigail Lillian Buller,

Plaintiff and Appellant

v.

Matthew John Buller,

Defendant and Appellee

## No. 20230050

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Cynthia M. Feland, Judge.

AFFIRMED.

Per Curiam.

Ashley A. Olson (argued) and Patti J. Jensen (on brief), East Grand Forks, Minnesota, for plaintiff and appellant.

Laura C. Ringsak, Bismarck, North Dakota, for defendant and appellee; submitted on brief.

# Buller v. Buller
## No. 20230050

**Per Curiam.**

[¶1]   Abigail Buller appeals the judgment entered by the district court in this divorce proceeding. She argues the court erred by awarding primary residential responsibility of the parties' minor child to Matthew Buller. She also argues the court erred in its valuation and distribution of marital property. An order regarding primary residential responsibility and valuation and distribution of the marital estate is subject to the clearly erroneous standard of review. *See Berdahl v. Berdahl*, 2022 ND 136, ¶¶ 6, 9, 977 N.W.2d 294; *Carlson v. Carlson*, 2020 ND 36, ¶ 6, 940 N.W.2d 662. We conclude the findings regarding primary residential responsibility and valuation and distribution of property were not induced by an erroneous view of the law, there is evidence in the record to support the findings, and, after a review of the entire record, we are not left with a definite and firm conviction a mistake has been made. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr